MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                                )<br>                    Plaintiff,           )<br>                                                                )     NO. 23-MJ-05000<br>      vs.                                                 )<br>                                                                )     REQUEST FOR DISCOVERY<br>JEREMY CRAHAN,                            )<br>                                                                )<br>                    Defendant.          )<br>                                                                )<br>                                                                ) | |

COMES NOW the Defendant herein, Jeremy Crahan, by and through his attorney, Lance M. Hester of the Hester Law Group, Inc., P.S. and herewith makes demand that the United States Attorney provide this office with any and all discovery materials relative to the above referenced matter pursuant to Fed.R.Crim.P 16.

DATED this 5th day of January, 2023.

HESTER LAW GROUP, INC., P.S.
Attorneys for Defendant

By:   /s/ Lance M. Hester
          LANCE M. HESTER
          WSBA #27813

Request for Discovery - 1

CERTIFICATE OF SERVICE

Lee Ann Mathews, hereby certifies under penalty of perjury under the laws of the State of Washington, that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the plaintiff and co-defendants, if any, and hereby certify that I have mailed the document by U.S. Postal Service to Jeremy Crahan, defendant.

Signed at Tacoma, Washington this 5th day of January, 2023.

      /s/ Lee Ann Mathews
      LEE ANN MATHEWS