Case 3:23-mj-05000-JRC   Document 23   Filed 01/10/23   Page 1 of 1

```
              FILED          LODGED
                        RECEIVED

              JAN 10 2023

        CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON AT TACOMA
  BY                              DEPUTY
```

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JEREMY CRAHAN,

Defendant.

Case No. MJ23-5000-02

WAIVER OF PRELIMINARY HEARING

I am a defendant charged in this case. The United States Magistrate Judge has explained to me that I have a right to have a preliminary examination and has explained to me the purpose of that proceeding. He has also explained to me that I have the right to testify at the preliminary examination and that if I wish, I may call other witnesses on my behalf. I also understand that I may waive the preliminary examination and the fact of such waiver cannot be used against me. I understand that if I waive the preliminary examination, my case will be immediately bound over for further proceedings in the District Court, and that any bond I have signed in this case remains in full force and effect.

I hereby waive my right to a preliminary examination.

1/10/2023
Date

Defendant's signature

1/10/2023
Date

Defense Attorney's signature