MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 23-MJ-05000 |
| Plaintiff, | |
| vs. | ORDER ON DEFENDANT'S MOTION FOR RELEASE FROM DETENTION FOR MEDICAL ATTENTION |
| JEREMY CRAHAN, | |
| Defendant. | |

BEFORE THIS COURT is a motion for release from detention for medical attention; the Court, having considered the motion and memorandum submitted by the defense and further being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that defendant's motion be and the same is hereby GRANTED; it is further

ORDERED, ADJUDGED AND DECREED that the defendant shall be released from the Federal Detention Center immediately to the care and custody of his parents; it is further

1  ORDERED, ADJUDGED AND DECREED _____
2  _____; it is
3  further
4  ORDERED, ADJUDGED AND DECREED _____
5  _____.
6  IT IS SO ORDERED.
7  DONE IN OPEN COURT this _____ day of February, 2023.

                                   _____
                                                JUDGE

HESTER LAW GROUP, INC., P.S.
Attorneys for Defendant

By:   /s/ Lance M. Hester
      LANCE M. HESTER
      WSB #27813