UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY CRAHAN,<br><br>Defendant. | NO. MJ23-5000<br><br>**GOVERNMENT'S RESPONSE TO MOTION FOR RELEASE FROM DETENTION FOR MEDICAL ATTENTION** |

Jeremy Crahan filed a motion (Dkt. 37) asking the Court to revoke the Detention Order it entered in this case because he allegedly is not receiving adequate medical attention at the Federal Detention Center.

The government had not been made aware of the issues raised in the motion until its filing this morning. The motion is not supported by any medical records or declarations. We promptly obtained Crahan's medical records from the FDC, which are attached hereto as Exhibit 1 (under seal). Those records make clear that the FDC has been responsive to Crahan's medical issues and that he suffered from the same issues over the past year while he was out of custody.

There is no need to release Crahan over these medical issues.

The medical records document the following:

On December 31, 2022, the FDC medical staff conducted an intake examination of Crahan. Ex. 1 at 16-22. Crahan denied any "[c]urrent painful condition." Ex. 1 at 18. Nonetheless, the FDC sent him for an examination at St. Anne's Hospital Emergency

Response to Motion for Release – 1
*United States v. Crahan,* MJ23-500

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Room in response to some of the issues Crahan raised. Ex. 1 at 18. He was released from
2  the hospital that day with prescription medications. Ex. 1 at 20. The FDC began the
3  prescribed medication regime and ordered some lab testing. Ex. 21.

4  On January 3, 2023, the FDC medical staff ordered some additional lab testing.
5  Ex. 1 at 15.

6  On January 26, 2023, Crahan was seen by FDC medical staff. He complained of
7  various issues and was examined by the doctors. Ex. 1 at 13-14. He was sent to the "ER"
8  with an "urgent" status. He was admitted to the Highline Hospital Emergency Room later
9  that day. Ex. 1 at 11.

10  On January 30, 2023, Crahan was discharged from Highline Hospital and returned
11  to the FDC. Ex. 1 at 8-9. The records document: "Pt. reports the appointment going well.
12  Denies any injuries or incidents while out of facility." Ex. 1 at 8. Crahan was prescribed
13  additional medications that the FDC immediately administered. Ex. 1 at 8-9.

14  On February 9, 2023, Crahan was seen by FDC medical staff complaining of some
15  of the same issues he raised on January 26, 2023. Ex. 1 at 3-5. Crahan told the doctors
16  that "in the past year, he had this same problem . . then it got treated and got a little
17  better, and then got worse again." Ex. 1 at 3. The doctors examined Crahan and sent him
18  to be evaluated at the emergency room. Ex. 1 at 3-4. Crahan was discharged two hours
19  later and returned to the FDC. Ex. 1 at 1. The officers that accompanied Crahan
20  "report[ed] tests all normal." Ex. 1 at 1. The ER conducted various tests, including an
21  EKG, and prescribed another round of medications. Ex. 1 at 1.

22  There are no medical records after February 9, 2023.

23  Although Crahan appears to be suffering from a legitimate medical issue, the FDC
24  medical staff is being extremely responsive and proactive over these concerns.
25  Importantly, Crahan himself told the doctors that the same issues had been recurring a
26  few times over the past year. That occurred while Crahan was *out of custody*,
27  undermining his claim that the FDC is to blame for the worsening of his condition.

Response to Motion for Release – 2
*United States v. Crahan,* MJ23-500

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    It is important to the government that Crahan receive appropriate medical
2 treatment. It appears as though that is occurring. Moving forward, the government is
3 willing to assist defense counsel and the court in making inquiries of the FDC if and
4 when issues are brought to our attention.
5    On the current record, the Court should deny the motion for release with leave for
6 Crahan to raise any future concerns regarding his medical treatment.
7    DATED this 15th day of February, 2023.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Todd Greenberg*
TODD GREENBERG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-2636
Email: Todd.Greenberg4@usdoj.gov

Response to Motion for Release – 3
*United States v. Crahan,* MJ23-500

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970