FILED LODGED
RECEIVED

FEB 16 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

Crahan 50100-086

I Am asking For A Compassionate Release For the enclosed reasons I have medical inSerance And Family Support

Thank You
For your time And
Consideration

TRULINCS 50100086 - CRAHAN, JEREMY PATRICK - Unit: SET-D-B




FROM: 50100086
TO:
SUBJECT: 1/26/23 - Issue With Health Services at FDC SeaTac
DATE: 01/31/2023 03:05:56 PM

I am suffering from blood clots, severe edema, and am at high risk for cellulitis, as well as kidney and liver failure. The FDC has known about this for the entire month I've been here, has refused to provide medical care in regards to these concerns, and did not provide the ability for me to seek outside care until an emergency situation occurred on 1/26/23, and since then they have failed to provide antibiotics prescribed by outside care that are needed to deal with a severe infection.

1-25-23

On Thursday, I woke up in the middle of the night with a fever and was shaking and shivering uncontrollably. By the time the door was unlocked for breakfast shortly after 6am, I went to staff and told them I needed help. I explained the situation, and I was told by the CO to talk to the pill line nurse. When I did so later that morning, the nurse told me that nothing could be done. I responded by saying that I'm not going to lose my leg over negligence, I demanded to be examined, and I had to insist that this was a medical emergency. Finally, I was then taken to the examination room to look at my legs which showed a clear infection running up to my groin. The FDC staff them immediately called for transportation to outside care.

on 1-26-23

At the emergency room I was submitted for lab work, including blood tests, ultrasound, and a number of other tests. I quickly learned that my blood pressure had plummeted due to the sepsis in my blood. After the tests, they immediately admitted me. I spent the next 5 days hooked up to two different I.V. lines in on each arm so the hospital could pump antibiotics and blood pressure medicine into my veins to fight the infection and keep me alive. I spent 2 of those 5 days shivering uncontrollably on and off with a temp of over 102.4F up to 103.8F. I kept asking for more blankets because I felt so cold but my body was roasting of heat.

1-27 and 28

To give an idea of how far my condition had worsened while I was at the FDC and was being refused treatment, at the hospital when they were first doing tests on me in the emergency room, the staff conspicuously asked me if I had a living will and if I would like to make one. Also, one of the reasons why I had two I.V. lines in each arm was in case they needed to do a blood transfusion, which they were anticipating due to how poisoned my blood was. I was also told my hospital staff that I likely have suffered irreversible damage to my heart, liver and kidneys because of the extended time period of time that I've been in this condition, and getting worse, without adequate medical care.

1-29 Fever finally broke; I broke out into a massive sweat around the 4th day and my vitals began to stabilize. The infection then began to subside. The next day I was released from the hospital and was back at the FDC with still visual signs of the blood poisoning running up my leg. I was given 2 different prescriptions for antibiotics. The hospital told the FDC that I needed further treatment and needed to have appointments set up with a doctor recommended by the hospital in order to keep my condition and health in check.

It turns out that the FDC has only 1 of the 2 antibiotics that the hospital had prescribed me for my infection. I asked the nurse when I would get the other because I was told that I need both of them, not just 1 of them. The nurse responded by saying that I would get the other antibiotic whenever the doctor gets here but the nurse didn't know when that would be, and the nurse merely apologized. I worry for my life that the FDC may also fail to do the other checks, and set up the needed outside appointments, as required.

I am suffering irreversible damage due to the FDC's lack of medical care, which includes their unwillingness to do anything until an absolute emergency surfaces, and their inability even to provide medications prescribed by outside care.

FEDERAL DETENTION CENTER
NAME: Crahan, Jeremy
REG: 50100-086 UNIT: DB1
P.O. BOX 13900
SEATTLE, WA. 98198-1090

SEATTLE WA 980
14 FEB 2023 PM 7 L

Legal mail
court clerk
To: 1717 Pacific Ave
Tacoma WA 98402

FILED LODGED
RECEIVED
FEB 16 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

98402-323499