WA/WD PTS-
NoActionDrug
(01/19)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

```
_____ FILED   _____ LODGED
              _____ RECEIVED

          Apr 11, 2023

       CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY
```

Report on Defendant Under Pretrial Services Supervision

**Date of Report:** 04/05/2023

**Name of Defendant:** Jeremy Crahan        **Case Number:** 3:23MJ-05000

**Name of Judicial Officer:**  The Honorable J. Richard Creatura, United States Magistrate Judge

**Original Offense:**  Conspiracy to Damage Energy Facilities

**Date Supervision Commenced:** 03/03/2023

Bond Conditions Imposed:
- Submit to drug and alcohol testing, to include urinalysis, breathalyzer, or hand-held testing devices, as directed by Pretrial Services. You shall not use, consume, or possess alcohol, any product containing alcohol, or other intoxicants, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services. You shall participate as directed in a program approved by the probation and pretrial services office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol.
- The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant is restricted to his/her residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. **The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals**.
- Maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.
- Maintain employment, or, if unemployed, actively seek employment as directed by Pretrial Services.
- Clear all outstanding warrants as directed by Pretrial Services.
- You shall not have direct contact or indirect contact with any existing and/or future co-defendant(s) in this case.
- The defendant shall abide by all federal, state, and local directives regarding the COVID-19 pandemic.

## NONCOMPLIANCE SUMMARY

The defendant has not complied with the following conditions of supervision:

**Nature of Noncompliance**

1. The defendant violated the bond condition to not use, consume or possess any controlled substances, unless the substance is prescribed by a physician, by using methamphetamine on or about the following dates:
   - March 15, 2023
   - March 21, 2023

The Honorable J. Richard Creatura, United States Magistrate Judge | Page 2
Report on Defendant Under Pretrial Services Supervision | 4/5/2023

On the above dates, Mr. Crahan submitted to urinalysis testing, which tested positive for methamphetamine. Mr. Crahan subsequently acknowledged his drug use and signed an Admission of Drug use form. He additionally acknowledged a need for substance abuse treatment.

This is the 1st positive result since release to supervision.

I have reviewed the matter and taken the following action:
☒ Reprimand
☒ Increased frequency of testing
☒ Referral for professional assessment

I consulted with Assistant United States Attorney Todd Greenberg, and he does not concur with my recommendation. He believes that a summons is appropriate. I also called and left a message with defense counsel, Lance M. Hester, but to date I have not received a response.

I respectfully recommend that the Court endorse the actions taken at this time.

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 5th day of April, 2023.

BY:

Daniel L. Acker
United States Probation Officer

Patrick E. Robertson
Supervising United States Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND DIRECTS:**
☒ Judicial Officer endorses the United States Probation Officer's actions
☐ Issue a Summons
☐ Issue a Warrant
☐ Other

J. Richard Creatura, United States Magistrate Judge

April 11, 2023
Date